O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOESPH REED,<br><br>  Petitioner,<br><br>  v.<br><br>JANICE GASTELO, Warden,<br><br>  Respondent. | Case No. 2:21-cv-02205-PA-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 16).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Respondent's motion to dismiss (Dkt. 5) is granted, Petitioner's motion for a stay (Dkt. 12) is denied, and Judgment shall be entered denying the Petition.

DATED:  October 21, 2021

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE