JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOESPH REED,<br><br>　　　Petitioner,<br><br>　　v.<br><br>JANICE GASTELO, Warden,<br><br>　　　Respondent. | Case No. 2:21-cv-02205-PA-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed.

DATED:  October 21, 2021　　　　　_____

　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE